# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141098

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 141098
                                             COA: 287734
                                             Wayne CC: 06-007202-FC

ELROY LUCKY JONES,
      Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the March 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

s0830